

# NUMBER 13-14-00061-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

THE STATE OF TEXAS,                                                          Appellant,

v.

DAVID ALVAREZ,                                                                Appellee.

---

### On appeal from the 28th District Court
### of Nueces County, Texas.

---

## ORDER

### Before Justices Rodriguez, Garza, and Perkes
### Order Per Curiam

Appellant, the State of Texas, by and through the District Attorney in and for Nueces County, Texas, has filed a motion for stay of proceedings in the above cause. On January 27, 2014, the Honorable Nanette Hasette, Judge of the 28th District Court of Nueces County, Texas, granted a motion to suppress evidence. The State has filed a notice of appeal and has requested a stay in the trial court's proceedings pending

disposition of its appeal.　*See* TEX. CODE CRIM. PROC. ANN. § 44.01(a)(5), (e) (West 2006 & Supp. 2013).

The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby GRANTED, and the trial court's proceedings are hereby ordered STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of February, 2014.